**Blaine A. JOHNSON, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 15052.

United States Court of Appeals,
Fourth Circuit.

April 9, 1971.

John L. Hash, Huntington, W. Va., on brief for petitioner.

Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Leonard M. Wagman and Jack H. Weiner, Attys., N.L.R.B., on the brief, for respondent.

Before HAYNSWORTH, Chief Judge, and WINTER and BUTZNER, Circuit Judges.

PER CURIAM:

Petitioner, a discharged employee, seeks review of an order of the Board which concluded that his employer had committed unfair labor practices in the discharge of other employees but had

not committed an unfair labor practice by his discharge since he was a supervisor within the meaning of § 2(11) of the Act. Our review of the record shows that there was substantial evidence that petitioner was a supervisor. It follows that his discharge for engaging in the employees' protest against unsafe working conditions did not violate the Act.

Petition dismissed.

**Lucinda COBB, individually and on behalf of Carl Palmer, et al., etc., Plaintiffs-Appellants,**

v.

**The DEPARTMENT OF PUBLIC WELFARE et al., Defendants-Appellees.**

No. 71–1261.
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

May 7, 1971.

Enrique Escarraz, III., R. Lawrence DeFrances, John B. Platt, III, Fort Myers, Fla., for plaintiffs-appellants.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

S. Strome Maxwell, Asst. Atty. Gen., Michael Schwartz, Robert L. Shevin, Atty. Gen., Tallahassee, Fla., for defendants-appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

John L. Briggs, U. S. Atty., Aaron K. Bowden, Asst. U. S. Atty., Jacksonville, Fla., for plaintiff-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Bertha Mae GRIFFIN, Defendant-Appellant.**

No. 30360

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 7, 1971.

Dennis J. Lanahan, Jr., Jacksonville, Fla., (Court Appointed), for defendant-appellant.

**Miquel SUAREZ, Plaintiff-Appellant-Cross Appellee,**

v.

**Charles Edward WEST and Anthony Luciano, Defendants-Appellees-Cross Appellants.**

No. 30779

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 10, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409. Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.